UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BEATRICE TAYLOR, 231175,

       Petitioner,

v                                           Case No. 08-11926

CLARICE STOVALL,                            DISTRICT JUDGE ARTHUR J. TARNOW

       Respondent.                          MAG. JUDGE MARK A. RANDON

_____/

## <u>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION</u>

Before the Court is Magistrate Judge Randon's Report and Recommendation [Docket #13] filed February 5, 2010. The Magistrate Judge recommends that this Court deny petitioner's application for the writ of habeas corpus. Petitioner filed objections on March 10, 2010 [Docket #15].

Having reviewed the file, the Report and Recommendation and the objections the Court **ADOPTS** the Report and Recommendation as the findings and conclusions of the Court. Accordingly, petitioner's application for the writ of habeas corpus is **DENIED.**


                         s/Arthur J. Tarnow
                         Arthur J. Tarnow
                         United States District Judge
Dated:  April 13, 2010


I hereby certify that a copy of the foregoing document was served upon
parties/counsel of record on April 13, 2010, by electronic and/or ordinary
mail.

                         s/Catherine A. Pickles
                         Judicial Secretary